# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHAUNDRA BROWN,

    Plaintiff,

v.                                                                                  Case No: 8:22-cv-1104-JSM-AEP

OPTUM SERVICES, INC.,

    Defendant.

_____

## ORDER

THIS CAUSE comes before the Court on Defendant's Unopposed Motion to Stay Action Pending Arbitration (Doc. 12). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Defendant's Unopposed Motion to Stay Action Pending Arbitration (Doc. 12) is GRANTED.

2. The case is referred to arbitration as provided for in the governing Arbitration Agreement.

3. The Clerk is directed to stay these proceedings and administratively close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of June, 2022.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record